RECEIVED
AUG 28 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEITH FRANKLIN<br>LA. DOC #123350<br>VS. | CIVIL ACTION NO. 3:13-cv-1264<br>SECTION P<br>JUDGE JAMES T. TRIMBLE, JR. |
| OFFICER BROWN | MAGISTRATE JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this 28th day of August, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE